United States District Court
Southern District of Texas
**ENTERED**
August 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABIRA MEDICAL LABORATORIES LLC, | § § § § | |
| Plaintiff. | § § | CIVIL ACTION NO. 4:24-CV-2055 |
| V. | § § | |
| WELLPOINT TEXAS, INC., | § § | |
| Defendant. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On December 13, 2024, Defendant's motion to dismiss (Dkt. 23) was referred to United States Magistrate Judge Yvonne Y. Ho under 28 U.S.C. § 636(b)(1)(B). (Dkt. 30). Judge Ho filed a Memorandum and Recommendation on July 3, 2025 recommending that Defendant's motion to dismiss be granted. (Dkt. 37). On July 17, 2025, Plaintiff filed its objections. (Dkt. 38). Defendant responded to Plaintiff's objections on July 31, 2025. (Dkt. 39).

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3). The Court has carefully considered Plaintiff's objections; Defendant's response to Plaintiff's objections; the Memorandum and Recommendation; the pleadings;

and the record. The Court **ACCEPTS** Judge Ho's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court.

It is therefore **ORDERED** that:

(1) Judge Ho's Memorandum and Recommendation (Dkt. 37) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's claims related to Medicare Advantage or Medicare-Medicaid plans are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies; and

(3) Plaintiff's other claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED at Houston, Texas on August 14, 2025.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE